HOLLINGSHEAD *v.* WAINWRIGHT,
CORRECTIONS DIRECTOR.

No. 457, Misc. Decided April 18, 1966.

Petitioner *pro se.*

*Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that the petition for a writ of certiorari should be denied.